

**JAKUB P. MEDRALA, ESQ.**
California Bar No. 280273
**The Medrala Law Firm Prof. LLC**
7866 W. Sahara Avenue
Las Vegas, Nevada 89117
(702) 475-8884 Telephone
(702) 938-8625 Facsimile
jmedrala@medralaw.com
Attorney for Plaintiff
Zygmunt A. Amaretti

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYGMUNT A. AMARETTI, Trustee of the AMARETTI FAMILY TRUST,<br><br>**Plaintiff,**<br><br>vs.<br><br>DISCOUNT GOLD BROKERS, Inc.,<br><br>**Defendant.** | CASE NO.: **CV13-3688 GAF (AJWx)**<br><br>**JUDGMENT** |

1. **IT IS HEREBY FOUND, CONCLUDED AND ORDERED** that on November 15, 2013 the Parties entered into Settlement Agreement pursuant to which Defendant agreed to execute a Stipulation and Consent Judgment ordering Defendant to pay Plaintiff the sum of $165,000 in four (4) equal monthly installments of $41,250.

2. **IT IS FURTHER FOUND, CONCLUDED AND ORDERED** that Defendant failed to execute the said Stipulation and Consent Judgment as agreed.

3. **IT IS FURTHER FOUND, CONCLUDED AND ORDERED** that on December 6, 2013 Defendant paid Plaintiff $41,250.

4. **IT IS FURTHER ORDERED** that Defendant shall pay the remaining One-Hundred, Twenty-Three Thousand, Seven-Hundred and Fifty Dollars ($123,750.00) in three monthly installments of Forty-One Thousand, Two-Hundred and Fifty Dollars ($41,250). The first installment shall be due on January 6, 2013 and each subsequent installment shall be due on the same day of each month thereafter.

5. **IT IS FURTHER ORDERED** that upon receipt of the final payment, Plaintiff will immediately file a Satisfaction of Judgment and will lose any right to purse any claims that he may have against Defendant and any other party based on the transaction that gave rise to the above-titled action.

**IT IS SO ORDERED.**

DATED: December 20, 2013

_____
UNITED STATES DISTRICT JUDGE

JS-6